UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RACHEL C. G.,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN J. O'MALLEY, Commissioner of Social Security Administration,<br><br>    Defendant. | Case No. 1:23-cv-00309-AKB-REP<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

    On January 24, 2021, Plaintiff Rachel C. G. filed an application for Disability Insurance Benefits with the Social Security Administration. Plaintiff's application was denied. After exhausting his administrative remedies, Plaintiff sought the Court's review.

    On August 27, 2024, United States Magistrate Judge Raymond E. Patricco issued a Report and Recommendation in this matter. (Dkt. 20). Pursuant to statute, Judge Patricco gave the parties fourteen (14) days to file written objections to the Report and Recommendation. 28 U.S.C. § 636(b)(1). None were filed.

    Having thoroughly reviewed the Report and Recommendation, and no objections having been filed, the Court accepts Judge Patricco's Report and Recommendation in its entirety and enters the following order consistent with the same.

## ORDER

**IT IS HEREBY ORDERED**:

1. The Report and Recommendation entered on August 27, 2024 (Dkt. 20), is **INCORPORATED** and **ADOPTED** in its entirety;

2. The Petition for Judicial Review is **GRANTED** as outlined in the Report and Recommendation;

3. This action is **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation;

4. This Remand is to be considered a "sentence-four remand," consistent with 42 U.S.C. § 405(g) and *Akopyan v. Barnhart*, 296 F.3d 852, 854 (9th Cir. 2002);

5. The Court will enter a separate judgment in favor of Plaintiff in accordance with Federal Rule of Civil Procedure 58.

DATED: September 11, 2024

Amanda K. Brailsford
U.S. District Court Judge